# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC, and TPS IV OF PA, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>WEST PHYSICS CONSULTING, LLC,<br><br>    Defendant. | Adv. Proc. No. 21-51029 (MFW) |

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Center City Healthcare, LLC, d/b/a Hahnemann University Hospital, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, and TPS IV of PA, LLC ("**Plaintiffs**") and Defendant West Physics Consulting, LLC ("**Defendant**"), by and through their undersigned counsel, that the time within which Defendant must answer or otherwise respond to the complaint in the above-captioned adversary proceeding is extended through and including November 15, 2021.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

-2-

| | |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **GREGORY, DOYLE, CALHOUN & ROGERS, LLC** |
| */s/ Monique B. DiSabatino* | */s/ Todd E. Hatcher* |
| John D. Demmy (DE Bar No. 2802) | Todd E. Hatcher, Esq. |
| Monique Bair DiSabatino (DE Bar No. 6027) | 49 Atlanta Street |
| 1201 N. Market Street, Suite 2300 | Marietta, GA 30060 |
| P.O. Box 1266 | Telephone: (770) 422-1776 |
| Wilmington, DE 19899-1266 | thatcher@gdcrlaw.com |
| Telephone: (302) 421-6800 | |
| john.demmy@saul.com | *Counsel for West Physics Consulting, LLC* |
| monique.disabatino@saul.com | |

　　　　-and-

Jeffrey C. Hampton
Adam H. Isenberg
Jorge Garcia
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com
jorge.garcia@saul.com

*Counsel for the Plaintiffs Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, and TPS IV of PA, LLC*